UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-20041 |
| ) | |
| DWAYNE WHITE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On March 8, 2021, Magistrate Judge Eric I. Long filed a Report and Recommendation Concerning Plea of Guilty. (ECF No. 28). No written objections were filed. Therefore, this Court adopts the Report and Recommendation. The plea of guilty of the Defendant to Counts 1-3 of the Indictment is accepted. The Defendant is adjudged guilty of the offense.

The Sentencing Hearing remains set for July 12, 2021, at 11:00 AM in Urbana before Judge Michael M. Mihm.

ENTERED this 23rd day of March, 2021.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge